**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

WENDY DELEO,

    Plaintiff,

v.                                                                                  Case No: 5:16-cv-127-Oc-30PRL

JIM'S B-B-Q INC. and
JIM DAUGHTERY,

    Defendants.
_____

**ORDER OF DISMISSAL**

Before the Court is the Voluntary Joint Stipulation of Dismissal With Prejudice (Dkt. #12).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record